JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN ANGELES DIVISION

| | |
|---|---|
| In re<br>HADLEY COLLISION CENTER, INC.,<br>    Debtor. | Case No. 2:21-cv-03256-MCS<br>Bankr. Case No.: 2:17-bk-17975-BR<br>Chapter 7 |
| BRAD D. KRASNOFF, Chapter 7 Trustee,<br>    Plaintiff,<br>vs.<br>ANDREY GARIBYAN, an individual,<br>    Defendant. | Adv. No. 2:19-ap-01193-BR<br>**JUDGMENT** |

In accordance with this Court's Order accepting the "Report and Recommendation; Proposed Findings of Fact and Conclusions of Law" of the United States Bankruptcy Judge following trial, issued concurrently herewith,

IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Brad D. Krasnoff, Trustee, and against defendant Andrey Garibyan, in the sum of $49,508.00

DATED: April 20, 2021

*[signature: Mark C. Scarsi]*

MARK C. SCARSI,
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court